UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
SEP 24 2014
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.

ROBERT JERMEZ JOHNSON
CHRISTOPHER D. HOLMES
LEVAR LEVELL THOMAS
DEANTE CORTEZ JOHNSON

CRIMINAL NO. 4:14CR 118
18 U.S.C. § 922(u)
18 U.S.C. § 924(i)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 4, 2014, **ROBERT JERMEZ JOHNSON** and **CHRISTOPHER D. HOLMES**, defendants herein, did unlawfully steal and carry away one or more firearms which had been shipped or transported in interstate or foreign commerce and which were in the business inventory of EZ Pawn Holdings, a Federal Firearms Licensee in Clarksdale, Mississippi, to wit: JOHNSON and HOLMES broke into EZ Pawn by prying open a metal door and stole multiple shotguns from the pawn shop's inventory, including the following:

 Winchester, Model 1200, 20 gauge shotgun
 CBC, Model SB, 12 gauge shotgun
 Harrington and Richardson, Model Pardner, 12 gauge shotgun
 Unknown manufacturer, unknown model, 16 gauge shotgun, serial number 152813
 Harrington and Richardson, Model 158, 12 gauge shotgun
 Mossburg, Model 500 C, 20 gauge shotgun
 Winchester, Model 120, 20 gauge shotgun
 High Standard, Model 200, 16 gauge shotgun

all in violation of Title 18, United States Code, Section 922(u) and 924(i)(1).

## COUNT TWO

On or about July 4, 2014, in the Northern District of Mississippi, **ROBERT JERMEZ JOHNSON, CHRISTOPHER D. HOLMES, LEVAR LEVELL THOMAS and DEANTE CORTEZ JOHNSON**, defendants herein, aided and abetted by each other, did knowingly receive, possess, conceal, store and dispose of a stolen firearm, which had been shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearm was stolen, to wit: **LEVAR LEVELL THOMAS** and **DEANTE CORTEZ JOHNSON** aided **ROBERT JERMEZ JOHNSON** and **CHRISTOPER D. HOLMES** in possessing, concealing, storing and transporting firearms and other items that **ROBERT JOHNSON** and **CHRISTOPHER HOLMES** had stolen during a burglary of EZ Pawn in Clarksdale, Mississippi, and **LEVAR THOMAS** and **DEANTE CORTEZ JOHNSON** each received a firearm that had been stolen from the pawnshop, all in violation of Title 18, United States Code, Sections 922(j), 924(a)(2) and 2.

A TRUE BILL

_____  /s/ signature redacted
UNITED STATES ATTORNEY     FOREPERSON